IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PREMIER SPECIALTY BRANDS LLC, d/b/a KAMADO JOE, <br><br> Plaintiff, <br><br> v. <br><br> PHASE 2, LLC, d/b/a Vision Grills and Icon Grills, <br><br> Defendants. | Case No. 1:20-cv-04949-ELR |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.3 of the Civil Local Rules for the Northern District of Georgia, Premier Specialty Brands, LLC submits its Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

1. The undersigned counsel of record for Premier certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party.

a) Premier Specialty Brands, LLC and its parent company, Dominus Masterbuilt Holdings, LLC;

b) Phase 2, LLC d/b/a Vision Grills and Icon Grills corporate ownership structure unknown.

2. The undersigned further certifies that other than the parties to this litigation, the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations that having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

*None known at this time other than those identified in Paragraph 1.*

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff in this proceeding:

*Eileen H. Rumfelt*
*Charles Forlidas*
*Pharan A.S. Evans*
*Miller & Martin PLLC*
*1180 West Peachtree Street, N.W., Suite 2100*
*Atlanta, Georgia 30309-3407*
*Tel. No.: 404-962-6100*
*Fax No.: 404-962-6300*

Respectfully submitted this 8th day of December, 2020.

**MILLER & MARTIN PLLC**

By: */s/ Eileen H. Rumfelt*
    Eileen H. Rumfelt
    Georgia Bar No. 040608
    Charles Forlidas
    Georgia Bar No. 269398
    Pharan A.S. Evans
    Georgia Bar No. 446014

    1180 West Peachtree Street NW
    Suite 2100
    Atlanta, Georgia 30309
    Phone: (404) 962-6100
    Fax: (404) 962-6300
    eileen.rumfelt@millermartin.com
    charles.forlidas@millermartin.com
    pharan.evans@millermartin.com

    *Counsel for Premier Specialty Brands, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the below date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 8th day of December, 2020.

                                  By:   */s/ Eileen H. Rumfelt*
                                        Eileen H. Rumfelt
                                        Georgia Bar No. 040608